# JOHN S. WALLENSTEIN
Attorney at Law
1100 Franklin Avenue
Garden City, New York 11530
(516) 742-5600  Fax (516)742-5040
email: jswallensteinesq@aol.com

September 19, 2011

<u>**VIA ECF**</u>
Hon. Kiyo A. Matsumoto
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:   United States v. Andrew Russo, *et al*
>         Indictment # 11 CR 30 (KAM)

Dear Judge Matsumoto;

I represent Defendant Ali Jusenioski in the captioned Indictment, pursuant to an appointment under the Criminal Justice Act. Mr. Jusenioski has entered a guilty plea before Your Honor, pursuant to an agreement, and remains at liberty until sentencing. Mr. Jusenioski is not under any restraint or monitoring.

Mr. Jusenioski respectfully seeks Court permission to attend a family wedding in Oakville, Connecticut on Saturday, October 15. Because the party is in the evening, he and his family may stay over and return on Sunday.

I have discussed the matter with PreTrial Services, which agency has no objection, as the defendant has been fully compliant with the conditions of his release. AUSA Elizabeth Geddes advises that the Government does not object to this application.

Thank you for your courtesy and consideration.

Respectfully yours,

**/s/*JOHN S. WALLENSTEIN***

JOHN S. WALLENSTEIN