LAW OFFICES
# JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
EMAIL: JSWallensteinEsq@aol.com

February 27, 2012

**VIA ECF**

Hon. Kiyo A. Matsumoto
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   **United States v. Ali Jusenioski**
           **Docket # 11 CR 30 (KAM)**

Dear Judge Matsumoto;

    I represent Defendant Ali Jusenioski in this multi-defendant matter. The defendant is presently scheduled to be sentenced on March 1, 2012.

    I have previously filed a sentencing memorandum on the defendant's behalf for the Court's consideration at sentencing. In addition, I forwarded several letters from the defendant's family to the Court. Your Chambers has requested that I file those letters electronically, and they are attached hereto, appropriately redacted in accord with the rules.

    Thank you for your courtesy.

                                      Respectfully yours,

                                      */s/ JOHN S. WALLENSTEIN*

                                      JOHN S. WALLENSTEIN

JSW/hs

    cc:    AUSA Elizabeth A. Geddes (by ECF)
            USPO John L. Almanza (by email)