DATE: 3/1/2012

BEFORE: <u>MATSUMOTO U.S.D.J.</u>                    TIME: 2:00pm.

## CRIMINAL CAUSE FOR SENTENCING

**SENTENCING  11CR30  (KAM) U.S.A. JUSEINOSKI**

**DEFENDANT'S NAME: ALI JUSEINOSKI**
✔ Present   ☐ not present   ☐ custody   ✔ bail

**DEFENSE COUNSEL: JOHN WALLENSTEIN**
✔ present   ☐ not present   ✔ CJA   retained   ☐ Federal Defender

**A.U.S.A:** Allon Lifshitz

**COURT REPORTER:** Marie Foley     **Deputy:** Sandra Jackson

✔ CASE CALLED.          ✔ DEFENDANT SWORN AND INFORMED OF RIGHTS
✔ SENTENCING HELD.    ✔ STATEMENTS OF DEFENDANT AND COUNSEL HEARD
✔ DEFENDANT PLEA GUILTY ON COUNT <u>ONE</u> OF A SIXTY COUNT <u>INDICTMENT.</u>

<u>IMPRISONMENT</u>:   14 months with credit for time served special conditions.

**The court makes the following recommendations to the Bureau of Prisons:**

(a) Defendant shall surrender for service of sentence at the institution designated by BOP before 2:00p.m. on April 30, 2012

(b) The Court respectfully recommends that BOP attempt to place defendant in Fort Dix, and provide defendant with educational and vocational training.

<u>SUPERVISED RELEASE</u>:   **Defendant shall serve 3 years supervised release with special conditions.**

$100.00     Special Assessment      _Restitution     $4,000 Fine

Defendant shall comply with the fine payment schedule.

✔ REMAINING OPEN COUNTS 33 & 43  OF THE INDICTMENT ARE DISMISSED
✔ GOVT'S MOTION          ☐ COURT'S MOTION

✔ COURT ADVISED DEFT OF RIGHT TO APPEAL.        ☐ I.F.P. GRANTED

✔ TRANSCRIPT ORDERED

☐ ICE DETAINER

✔ GOVT SHALL ARRANGE FOR THE RETURN OF DEFENDANT'S PROPERTY, IF ANY.